

# Benefit Enrollment Guide

2022 Benefits Plan Year

**At First Choice Medical our employees are our #1 asset…**

We understand that employee benefits are an important part of the total compensation package. Therefore, after **30 days** of full time employment with our company, you have the option to enroll in benefits for yourself and your eligible dependents.

**Our Annual Open Enrollment will begin on March 14, 2022, ending on March 17, 2022.** This is the only time outside of initial enrollment that you can make changes to your elections, unless you or your family members experience an eligible "change in family status" -- such as marriage, birth, adoption, divorce, loss of coverage, a spouse's open enrollment period, etc". You must notify Human Resources (within 31 days of a family status change) in order to make changes to your benefit elections outside of open enrollment.

### Included in the guide you will find the following benefit highlights:

☆ **Health** – Four plans are available. Coverage is offered through United Healthcare. EPO is an In-Network only plan and has limited physicians and facilities. PPO has both In and Out-of-Network coverage.

☆ Preventive Care is covered at 100%

☆ Plan includes full Prescription Benefit copays with no deductible.

☆ **Dental** – Both DHMO and PPO plans are offered through MetLife.

☆ **Vision** – Coverage is offered through MetLife.

☆ Employer pays $385 of the monthly cost for Health as well as 100% of the **Employee** cost for the Dental **DHMO** and **Vision**!

---

**ACTION IS REQUIRED BY ALL NEW HIRES WITHIN 30 DAYS!**

We encourage you to read all the enrollment information carefully, keep a copy for your records, and share it with your family.

**IMPORTANT OPEN ENROLLMENT INSTRUCTIONS**

**Open enrollment will be completed on our new Enrollment System, "EASE". We are changing Insurance Carriers so it is very important that you log into the "EASE" system and make your elections before close of day on 3/17/2022. If you do not log in and make your elections you will no longer be covered at our new renewal date of 4/1/2022.**

Please note:

There may be elements of the plan that impact you and your dependents individually that we are unaware of. Therefore, it is YOUR responsibility to review the enclosed benefit materials before making your plan selections.

# Medical

First Choice Medical Group offers medical care benefits through **United Healthcare**. *Rates are effective from April 1, 2022 – March 31, 2022.* Below is a side by side overview of the In-Network benefits that are available. The EPO Plans must utilize In-Network providers and facilities.

EPO plans does not include outside benefits, except for Emergency Immediate Medical Attention. A PPO plan is offered for Out-of-Network benefits. To view the details of the plan, review the Summary of Benefits (SBC).

| Benefits | E3500i50LXES21 Allsavers EPO In-Network Only Low Plan | E1000i60LXES21 Allsavers EPO In-Network Only Mid Low Plan | P3000i100LXES21 Allsavers PPO In-Network Mid High Plan | P250i80LXES21 Allsavers PPO In-Network High Plan |
|---|---|---|---|---|
| Calendar Year Deductible (Single/Family) | $3,500 / $7,000 | $1,000 / $2,000 | $3,000 / $6,000 | $250 / $500 |
| Max Out-of-Pocket (Single/Family) | $8,150 / $16,300 | $8,000 / $16,000 | $5,500 / $11,000 | $4,000 / $8,000 |
| Co-Insurance Plan Pays / Member Pays | 50% / 50% | 60% / 40% | 100% / 0% | 80% / 20% |
| Preventive Care | No Cost | No Cost | No Cost | No Cost |
| Primary Care Office Visit | $25 Copay | $25 Copay | $25 Copay | $25 Copay |
| Specialist Office Visit | $75 Copay | $75 Copay | $75 Copay | $75 Copay |
| Routine Lab Testing (Physician and Facility) | Deductible +50% Coinsurance | Deductible +40% Coinsurance | Deductible | Deductible + 20% Coinsurance |
| Imaging - CT/PET/MRI (Physician and Facility) | Deductible + 50% Coinsurance | Deductible + 40% Coinsurance | Deductible | Deductible + 20% Coinsurance |
| In-Patient Hospitalization (Physician and Facility) | Deductible + 50% Coinsurance | Deductible + 40% Coinsurance | Deductible | Deductible + 20% Coinsurance |
| Emergency Room | $300 + Deductible +50% Coinsurance | $300 + Deductible +40% Coinsurance | $300 + Deductible | $300 + Deductible +20% Coinsurance |
| Urgent Care | $50 Copay | $50 Copay | $50 Copay | $50 Copay |
| Pharmacy Copay<br>Generic<br>Non Preferred Generic<br>Preferred Brand<br>Specialty | $10<br>$35<br>$75<br>$250 | $10<br>$35<br>$75<br>$250 | $10<br>$35<br>$75<br>$250 | $10<br>$35<br>$75<br>$250 |

| Payroll Deductions | Semi-Monthly | Semi-Monthly | Semi-Monthly | Semi-Monthly |
|---|---|---|---|---|
| Employee | $33.90 | $64.22 | $106.88 | $157.63 |
| Employee + Spouse | $271.57 | $336.46 | $427.76 | $536.35 |
| Employee + Child(ren) | $223.62 | $281.53 | $363.02 | $459.95 |
| Family | $494.95 | $591.99 | $728.94 | $891.83 |

To search for participating doctors go to: https://connect.werally.com/plans/uhc

**Choose Medical Directory** then **Employer and Individual Plans** then **All Savers Health Plans**

If you're on a EPO plan choose **Choice** if you're on a PPO plan choose **Choice Plus**

# Vision

Driving to work, reading a news article, and watching TV are all activities you likely perform every day. Your ability to do all of these activities, though, depends on your vision and eye health. Vision Insurance can help you maintain your vision as well

The following chart outlines the vision benefits offered through MetLife. Below is a simplified overview of the plan. Please refer to the carriers plan summary for full details of the benefits both In and Out-of-Network.

| Benefits | In-Network Plan  M130D-10/10 |
|---|---|
| Exams | 100% after $10 copay |
| Frames | $130 allowance + 20% off balance |
| **Lenses** Single Bifocal Trifocal | 100% after $10 copay 100% after $10 copay 100% after $10 copay |
| Progressive | $55 copay for Standard $95-$105 for Premium |
| Contact Lenses | Medically Necessary: Covered in Full Elective: $130 allowance |
| **Frequency** Exam Lens Frames | 12 months 12 months 24 months |

| Payroll Deductions | Semi-Monthly |
|---|---|
| Employee | $0.00 |
| Employee + Spouse | $4.48 |
| Employee + Child(ren) | $4.48 |
| Family | $4.48 |

**Costco, Walmart and Sam's Club Frame allowance $70**

To search for participating providers go to:
https://mymetlifevision.com/find-provider-location-internal.html

# Dental

In addition to protecting your smile, dental insurance helps pay for dental care and usually includes regular checkups, cleanings and X-rays. Several studies suggest that oral diseases, such as periodontitis (gum disease), can affect other areas of your body—including your heart. Receiving regular dental care can protect you and your family from the high cost of dental disease and surgery.

The following chart outlines the dental benefits we offer through MetLife. Below is a simplified overview of the plan. PPO includes Out-of-Network benefits and an EPO is only for In-Network. Please refer to the carriers plan summary for full details of the benefits on both plans.

| **Benefit PPO** | **In-Network PPO** | **Benefit DHMO** | **In-Network Only DHMO** |
|---|---|---|---|
| **Annual Maximum** | $1,000 | **Annual Maximum** | None |
| **Annual Deductible (**Single/Family**)** | $50 / $150 | **Office Visit Copay** | $5 |
| **Preventive Services (**cleanings, x-rays, fluoride treatments, etc.**)** | 100% | **Preventive Services** | No Charge |
| **Basic Services (**fillings, endodontics, periodontics, etc.**)** | 100% | **Basic Services** | See Fee Schedule |
| **Major Services (**crowns, bridges, dentures, etc.**)** | 60% | **Major Services** | See Fee Schedule |
| **Ortho Services** | 50% / $1,000 Lifetime Max | **Ortho Services** | See Fee Schedule |
| **Payroll Deductions** | **Semi Monthly** | **Payroll Deductions** | **Semi Monthly** |
| **Employee** | $9.15 | **Employee** | $0.00 |
| **Employee + Spouse** | $24.67 | **Employee + Spouse** | $5.94 |
| **Employee + Child** | $30.76 | **Employee + Child** | $8.70 |
| **Family** | $50.28 | **Family** | $15.43 |

**Out of Network dental benefits are subject to balance billing**. This means that the dentist's office can charge more for services and you are responsible to pay the amount over what your carrier would've paid if you visited an In-Network dentist.

To search for participating doctors go to:
https://providers.online.metlife.com/findDentist
To search DHMO dentists choose "Dental HMO/Managed Care" and Plan Met 225
To search PPO dentists choose "PDP"



# When You Have Questions About Your Benefits

### What Next??

### How to Enroll…

All Enrollments will be completed electronically in the "EASE" system.  You will receive a login and link to our company's specific site.

Once logged in you will be able to choose your benefits and view the Enrollment Guide, Annual Notices and Summary Benefit Coverage (SBC).

If you encounter any problems, please contact Ruby Rosado for assistance.

All enrollment elections must be completed by Thursday, March 17th.

Over 95% of any questions or issues you may encounter can be resolved through the insurance carrier websites. They are all designed for you to have access to your entire plan and claims information, including information for any of your enrolled dependents.

It's simple for you to register and login to each of the sites. All carriers are reducing the number of call service representatives and their websites have become terrific interactive and informational tools for you to get most of your questions answered. The websites include the following information:

**Claims Information:**  View expanded claims information and receive a report detailing your health care expenditures

**Eligibility:**  See who's covered under your plan and what benefits they are eligible for

**ID Cards:**  Request ID cards or print temporary ID cards for you and your covered family members

**Provider Directory:**  Look up doctors and facilities and find participating providers

**Benefit Plan Design:**  View your specific benefits summary

**Forms:**  Download and print necessary forms

| Type of Insurance | Carrier | Website |
|---|---|---|
| Medical | United Healthcare | http://www.myuhc.com |
| Dental | MetLife | http://www.metlife.com |
| Vision | MetLife | http://www.metlife.com |



### Important!

The information in this Employee Benefits Guide is presented for illustrative purposes and is based on information provided by the employer.  The text contained in this Guide was taken from various summary plan descriptions and benefit information. While every effort was taken to accurately report your benefits, discrepancies, or errors are always possible. In case of discrepancy between the Guide and the actual plan documents, the actual plan documents will prevail.

All information is confidential, pursuant to the Health Insurance Portability and Accountability Act of 1996. If you have any questions about your Guide, contact Human Resources.

### Still Have Questions?

If you feel you aren't getting the answers or a timely response from our carriers directly, contact our benefits agency, Plan Analysts, Inc.

Luke O'Steen | Agent
Office: (904) 354-8989 x556
losteen@plananalysts.com

Dody Flanders | Customer Service
Office: (904) 354-8989 x223
dflanders@plananalysts.com

Leah Bohannon | Marketing Specialist
Office: (904) 354-8989 x333
lbohannon@plananalysts.com