**First Choice Medical Group Deposit Premium**

| First | Last | Plan | Tier | Monthly Cost | | |
|---|---|---|---|---|---|---|
| Lance | Friedman | High Plan | EC | $1,304.07 | H | |
| Julie | Hardesty | High Plan | EE | $699.44 | H | |
| Gillian | Lee | Mid High Plan | ES | $1,239.70 | H | $3,243.21 |
| Kimberly | Bean | Mid High Plan | ES | $1,239.70 | I | |
| Yolanda | Bertschy | Low Plan | EE | $451.98 | I | |
| Theresa | Davidson | Mid High Plan | EE | $597.94 | I | |
| Kim | Goude | Low Plan | EE | $451.98 | I | |
| Kyla | Green | Low Plan | EC | $831.42 | I | |
| Tara | Natwick | Mid Low Plan | EE | $512.61 | I | |
| Tami | Opsahl | Mid High Plan | EE | $597.94 | I | |
| Zoraida | Perez | Mid High Plan | EC | $1,110.22 | I | |
| Myrna | Pineiro | Mid Low Plan | EE | $512.61 | I | |
| Christian | ROMANDETTI JR | Mid High Plan | EE | $597.94 | I | |
| Sarah | Sher | Mid High Plan | EE | $597.94 | I | |
| Amy | Willis | Mid High Plan | EE | $597.94 | I | |
| Novolia | Wright | High Plan | EE | $699.44 | I | $8,799.66 |
| Emelyn | Bonilla | Low Plan | EE | $451.98 | M | |
| Brian | Hamzavi | High Plan | EF | $2,167.84 | M | |
| Dennis | Jones | High Plan | EF | $2,167.84 | M | |
| Adam | Klarowski | Low Plan | EE | $451.98 | M | |
| JoEllen | KLEINHENZ | Low Plan | EE | $451.98 | M | |
| Kaitlyn | Laube Ward | Low Plan | EE | $451.98 | M | |
| Eugene | McElwee | High Plan | EF | $2,167.84 | M | |
| KELLY | PRETE | Mid High Plan | EE | $597.94 | M | |
| Rubilinda | Rosado | Low Plan | EE | $451.98 | M | |
| Jean Guy-yom | Souffrant | High Plan | EF | $2,167.84 | M | |
| Donald | Vliegenthart | Mid Low Plan | EF | $1,568.16 | M | $13,097.36 |
| Betty | Borgos | Waived | | | | |
| Lindsay | Burton | Waived | | | | |
| Amanda | CEREGHINO | Waived | | | | |
| Kimberly | Chunilall | Waived | | | | |
| Michelle | Cioffi | Waived | | | | |
| Armando | Contreras | Waived | | | | |
| JEAN | DECARLO | Waived | | | | |
| Scott | Friedman | Waived | | | | |
| Sarah | Greear | Waived | | | | |
| Jessica | Henry | Waived | | | | |
| Kathy | Irle | Waived | | | | |
| Shelly | Keebler | Waived | | | | |
| Sonya | Mathew | Waived | | | | |
| MEGGAN | MCKIERNAN | Waived | | | | |
| Keith | Nyberg | Waived | | | | |
| Robin | Robinson | Waived | | | | |
| Christina | RUSSELL-SIELICKI | Waived | | | | |
| Kimberly | Simpson | Waived | | | | |
| Kellie | Standorf | Waived | | | | |
| Michael | Van Thielen | Waived | | | | |
| Paige | Wellman | Waived | | | | |
| | | | | **$25,140.23** | | **$25,140.23** |