6076

PO BOX 631893
CINCINNATI OH 45263-1893

CMRE FINANCIAL SERVICES, INC
PO BOX 631893
CINCINNATI OH 45263-1893

Toll Free: 888-378-7418
Mon-Fri, 8:00 AM - 8:30 PM EST
www.cmrefsi.com

12/16/2022

006076

**Reference:** 08-33429309

EMELYN BONILLA
780 BERKLEY ST SE
PALM BAY FL 32909-4151

CMRE Financial Services, Inc **is a debt collector**. We are trying to collect a debt that you owe to BREVARD PHYSICIANS ASSOC  PLLC - ED SOUTH. We will use any information you give us to help collect the debt.

## Our information shows:

You had a medical debt owed to the above provider with account number H000589469.

| | |
|---|---|
| As of 04/08/2022 you owed: | $1,040.00 |
| Between 04/08/2022 and today: | |
| You were charged this amount in interest: | $0.00 |
| You were charged this amount in fees: | $0.00 |
| You paid or were credited this amount toward the debt: | $401.06 |
| **Total amount of the debt now:** | **$638.94** |

260        12/16/2022

## How can you dispute the debt?

- **Call or write to use by 01/29/2023, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write us by 01/29/2023,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write us without the form. You may also include supporting documents.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 01/29/2023 we must stop collection until we send you that information. You may use the form below or write to us without the form.
- Go to **www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

--------------------------------✂--------------------------------

## How do you want to respond?

*Check all that apply:*

- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ The amount is wrong.
  - ☐ Other (please describe on the reverse or attach additional information.)
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ **I enclosed this amount:** | $ |

Make your check payable to CMRE Financial Services, Inc.
Toll Free:  888-378-7418
Include the reference number 08-33429309.

EMELYN BONILLA
780 BERKLEY ST SE
PALM BAY FL 32909-4151

**Mail this form to:**

CMRE FINANCIAL SERVICES, INC
PO BOX 631893
CINCINNATI OH 45263-1893

0800334293090000000000638949

MAKE CHECKS PAYABLE TO:

ORLANDO
NEUROSURGERY

1605 W. Fairbanks Ave., Winter Park, FL 32789
**Billing Questions:** (407) 539-3985
**Billing Contact:** billing@orlandoneurosurgery.com

ADDRESSEE:

ADDRESS SERVICE REQUESTED 3      1

|ılıılıılılıılııılıllııllıılılıılılılılılilililil|

3-1249
11199625.6
1811935

EMELYN BONILLA
780 BERKLEY ST SE
PALM BAY, FL 32909-4151

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Save time. Pay online!
**Pay your bill online at www.orlandoneurosurgery.com**
Enter your online bill pay code: **8VCQ64**

See reverse side to make a payment by credit card or check.

| PAYMENT DUE DATE | PATIENT RESPONSIBILITY |
|---|---|
| 01/05/2023 | $11,854.50 |

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 199163 | 12/15/2022 |

REMIT TO:

**ORLANDO NEUROSURGERY**
**1605 W FAIRBANKS AVE**
**WINTER PARK FL  32789-4603**

I|ılıılllıılllılıllllılllılıılllılıılıılllılllıllllıllll



**STATEMENT**    Please detach and return top portion with payment

Page 1 of 1

| DATE | DESCRIPTION | CHARGES | PAYMENTS & ADJUSTMENTS | PATIENT RESPONSIBILITY |
|---|---|---|---|---|
| | Patient: Emelyn Bonilla | | | |
| 04/25/2022 | Claim:47355, Provider: Melvin Field, MD | | | |
| 04/25/2022 | Craniectomy for excision of meningioma, supratentorial | $9,855.00 | | |
| 04/25/2022 | Microsurgical techniques, requiring use of operating microscope (List separately in addition to code for primary procedure) | $847.00 | | |
| 04/25/2022 | Stereotactic computer-assisted (navigational) Intradual procedure | $916.00 | | |
| 08/30/2022 | Patient Payment | | $0.00 | |
| 08/30/2022 | Your Balance Due On These Services... | | | $11,618.00 |
| 04/25/2022 | Claim:47356, Provider: BRADLEY SELTMANN, PA-C | | | |
| 04/25/2022 | Craniectomy for excision of meningioma, supratentorial | $2,464.00 | | |
| 05/09/2022 | Patient Payment | | $75.00 | |
| 07/12/2022 | United Healthcare Payment | | $311.50 | |
| 07/12/2022 | United Healthcare Adjustment | | $1,841.00 | |
| 08/30/2022 | Patient Payment | | $0.00 | |
| 12/15/2022 | Patient Deductible 311.50 | | | |
| 12/15/2022 | Your Balance Due On These Services... | | | $236.50 |

**MESSAGE:**



ORLANDO
NEUROSURGERY

1605  W. Fairbanks Ave.
Winter Park, FL 32789

Save time. Pay online!
**Pay your bill online at**
www.orlandoneurosurgery.com

| BILLING QUESTIONS |
|---|
| **(407) 539-3985** |

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 199163 | 12/15/2022 |
| PAYMENT DUE DATE | 01/05/2023 |
| PATIENT RESPONSIBILITY | $11,854.50 |

Please see reverse side of statement for important billing questions.

PLEASE UPDATE ANY INFORMATION THAT HAS CHANGED SINCE YOUR LAST STATEMENT

IF PAYING BY CREDIT CARD, FILL OUT BELOW

VISA ☐   ☐   DISCOVER ☐   ☐

CARD NUMBER

AUTHORIZATION
CODE

SIGNATURE

EXP. DATE

☐ PAYING BY CHECK

SHOW AMOUNT
PAID HERE  $

**ADDRESS CORRECTION**
COMPLETE THIS SECTION IF YOUR ADDRESS ON REVERSE SIDE IS INCORRECT

NAME

ADDRESS

CITY

STATE, ZIP

PRIMARY INSURANCE COMPANY NAME

INSURANCE COMPANY'S ADDRESS

CITY                STATE        ZIP

POLICY HOLDER NAME    HOLDER'S DOB    RELATIONSHIP TO INSURED

INSURED'S ID NUMBER        GROUP PLAN NUMBER

SECONDARY INSURANCE COMPANY NAME

INSURANCE COMPANY'S ADDRESS

CITY                STATE        ZIP

INSURED'S ID NUMBER        GROUP PLAN NUMBER

## FINANCIAL POLICY

We are committed to providing you with the best possible care and we are pleased to discuss our professional fees with you at any time. Your clear understanding of our financial policy is important to our professional relationship. Please ask if you have any questions about our fees or your responsibility as a patient.

**How much do I really owe?**
You are responsible for the amount listed in the box PATIENT RESPONSIBILITY. As every insurance plan is different, if you disagree with how your insurance paid on your account, please contact them prior to contacting our office.

**What if I cannot pay in full?**
Please call our patient account representatives at (407) 539-3985.

**Co-Pay:**
A dollar amount contracted between you and your insurance carrier, due at time of service.

**Co-Insurance:**
A percentage of the insurance benefits that you are responsible for.

**Deductible:**
A yearly dollar amount that you are responsible for based on the type of coverage you have selected with your insurance company.

**Adjustment:**
A contractual agreement that has been made between our Doctors and your insurance company.

### For your convenience, we offer the following payment options:

- ✓ Cash
- ✓ Personal Checks
- ✓ Credit Cards

Payment is due in full by the **PAYMENT DUE DATE** indicated on the front of this statement.

**Pay your bill online at www.orlandoneurosurgery.com**

POS Reorder # 1811935



PREFERRED COLLECTION & MANAGEMENT SERVICES, INC.
(hereafter "Preferred CMS")
(800) 741-0802 or (813) 251-0802
Monday – Thursday 8:00 a.m. to 5:00 p.m. (EST)
Friday 8:00 a.m. to 4:00 p.m. (EST)
www.preferredcms.com

To: EMELYN ROSADO BONILLA
780 BERKLEY ST SE
PALM BAY FL 32909-4151

**Reference: 117195954**
**December 1, 2022**
***Please read both sides of all pages***

**Preferred Collection & Management Services, Inc. (hereafter "Preferred CMS") is a debt collector.** We are trying to collect a debt that you owe to HEALTH FIRST MEDICAL GROUP. We will use any information you give us to help collect the debt.

### Our information shows:

You had a medical service(s) from HEALTH FIRST MEDICAL GROUP with account number 17453894A8042G3899.

| | |
|---|---|
| As of 04-09-2022 you owed: | $206.00 |
| Between 04-09-2022 and today: | |
| You were charged this amount in interest: + | $0.00 |
| You were charged this amount in fees:    + | $0.00 |
| You paid or were credited this amount toward the debt:    - | $43.30 |

*Please see enclosed separate page for an itemization of the debt.*

**Total amount of the debt now:** $162.70

### How can you dispute the debt?

- **Call or write to us by 01-06-2023, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

- **If you write to us by 01-06-2023,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at support@preferredcms.com.

### What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 01-06-2023, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at support@preferredcms.com.

- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

<u>Notice</u>: **See reverse side for important information.**

---



Preferred CMS
8875 HIDDEN RIVER PKWY STE 100
TAMPA FL 33637-1017

RETURN SERVICE REQUESTED

|տ|ստ|ո|||||տ|ս|ս|ս|ս|տ||ս|ս|ս||||||ս|ս|ս|ս|

EMELYN ROSADO BONILLA
780 BERKLEY ST SE
PALM BAY FL 32909-4151

### How do you want to respond?

*Check all that apply:*
☐ **I want to dispute the debt because I think:**
  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).
☐ **I want you to send me the name and address of the original creditor.**
☐ **I enclosed this amount:** [ $ _____ ]

Make your check payable to *Preferred CMS.* Include the reference number 117195954.

**Mail this form to:**

Preferred CMS, Inc.
8875 Hidden River Pkwy STE 100
Tampa FL 33637-1017

| Client Name | Account Number | Date of Service | Original Amount Owed | Total Credits | Amount Owed |
|---|---|---|---|---|---|
| HEALTH FIRST MEDICAL GR | 17453894A8042G3899 | 04-09-2022 | $206.00 | $43.30 | $162.70 |



*HealthFirst*

HEALTH FIRST BUSINESS CENTER
3300 South Fiske Blvd, Building A
Rockledge, FL 32955

| Patient: | **EMELYN ROSADO BONILLA** |
|---|---|
| Account number: | **57239792665785** |
| Bill ID: | **2991 - 3737 - 1784** |
| Printed on: | **Dec 13, 2022** |

STMT ▲ 0 7 8 5 0 3

Emelyn Rosado Bonilla
780 Berkley St SE
Palm Bay FL 32909-4151

 **Pay over time with no interest**
Start a payment plan by visiting **pay.hf.org** or call us to discuss flexible payment options at **(321) 434-5055**

**SEE BACK FOR DETAILS** →

### Final Notice

# Your total is $676.52

You have a past due amount of **$676.52.** Please make a payment or contact us as soon as possible.

Your bill may be sent to collections if a payment is not made. For the fastest way to pay, visit **pay.hf.org**

| | |
|---|---|
| Total billed | $1,294.00 |
| Insurance adjusted | -$323.76 |
| Insurance paid | -$218.72 |
| UNITED HEALTHCARE - OXFORD HEALTH PLANS (PPO) | -$0.00 |
| UNITED HEALTHCARE - OXFORD HEALTH PLANS (EPO) | -$218.72 |
| You paid | -$75.00 |
| **Total due** | **$676.52** |

---

✂ *DETACH AREA BELOW AND SEND WITH PAYMENT*

## Ways to Pay

### 🖥 Online
Pay via desktop or mobile:
**pay.hf.org**

### 📞 Phone
To pay by phone, call 24/7:
**(321) 434-5055**

### ✉ Mail
Mail check or money order with this part of the bill to the address on the reverse side. Do not send cash.

## Need Help?

 Call our team
(Mon to Fri 8AM to 4:30PM EST)
**(321) 434-5055**

Bill ID: **2991 - 3737 - 1784**



**Scan to pay online.**
Just point your phone's camera at the code to scan. Some phones may require a QR code app.

Physician services

## Your visit with Holly Bowyer ACNP

**Past due:** Aug 9, 2022

Date of service: Apr 8, 2022

| Service | Billed |
|---|---|
| Office/facility visit - 99291<br>Critical care, time-based first 30 to 74 minutes | $445.00 |

| | |
|---|---|
| Subtotal billed | $445.00 |
| Insurance adjusted | - $92.34 |
| Insurance paid | - $0.00 |
| **Amount due (subtotal)** | **$352.66** |

## Continued on next page

✂ **DETACH AREA BELOW AND SEND WITH PAYMENT**

## Mail this slip with check

Account Holder: **EMELYN ROSADO BONILLA**
Account Number: **57239792665785**
Bill Amount: **$676.52**

MAKE CHECK PAYABLE & MAIL TO:

**Health First**
PO Box 916036
Orlando, FL 32891-6036


## HealthFirst

2991373717841213202220000676528

 Physician services

Page 3 of 5

## Your visit with Jayde George DO

Past due: **Aug 15, 2022**

Date of service: Apr 11, 2022

| Service | Billed |
|---|---|
| Other services - 99495<br>Communication w patient/caregiver after discharge to assist w transition to home | $411.00 |

| | |
|---|---|
| Subtotal billed | $411.00 |
| Insurance adjusted | - $167.28 |
| Insurance paid | - $218.72 |
| **Amount due (subtotal)** | **$25.00** |

 Physician services

## Your visit with Julie Bell MD

Past due: **Aug 15, 2022**

Date of service: Apr 11, 2022

| Service | Billed |
|---|---|
| Blood Test - 80050<br>Common blood test for general health | $75.00 |
| Blood test - 84439<br>Blood test to measure free thyroxine (T4), a thyroid gland hormone | $19.00 |
| Injection/Infusion - 36415<br>Blood is drawn for testing | $6.00 |
| CORRECTED CHARGE - MISCCORRCHG<br>Corrected Charge | $0.00 |

| | |
|---|---|
| Subtotal billed | $100.00 |
| Insurance adjusted | - $64.14 |
| Insurance paid | - $0.00 |
| **Amount due (subtotal)** | **$35.86** |

**Continued on next page**

 Physician services

# Your visit with Andrew Schmidt MD

**Past due: Aug 15, 2022**

Date of service: Jul 6, 2022

| Service | Billed |
| --- | --- |
| Office/facility visit - 99204<br>Office visit or other outpatient visit with a provider | $338.00 |

| | |
| --- | --- |
| Subtotal billed | $338.00 |
| Insurance adjusted | - $0.00 |
| Insurance paid | - $0.00 |
| You paid | - $75.00 |
| **Amount due (subtotal)** | **$263.00** |

## Your bill summary

### *HealthFirst*

| | |
| --- | --- |
| **Total billed** | $1,294.00 |
| **Insurance adjusted**<br>The discounted amount applied by your insurance. | -$323.76 |
| **Insurance paid**<br>The benefit amount your insurance has paid based on your plan. | -$218.72 |
| **You paid** | -$75.00 |
| **Total due** | **$676.52** |

**Continued on next page**

1811935 11189677.2 30-9635 1

**MAKE CHECKS PAYABLE TO:**

ORLANDO
**NEUROSURGERY**

1605 W. Fairbanks Ave., Winter Park, FL 32789
Billing Questions: (407) 539-3985
Billing Contact: billing@orlandoneurosurgery.com

**ADDRESSEE:**

ADDRESS SERVICE REQUESTED 2      1

EMELYN BONILLA
780 BERKLEY ST SE
PALM BAY, FL 32909-4151

30-9635
11189677.2
1811935

☐ Please check box if above address is incorrect or
insurance information has changed, and indicate
change(s) on reverse side.

Save time. Pay online!
**Pay your bill online at www.orlandoneurosurgery.com**
Enter your online bill pay code: **8VCQ64**

See reverse side to make a payment by credit card or check.

| PAYMENT DUE DATE | PATIENT RESPONSIBILITY |
|---|---|
| 12/26/2022 | $11,704.50 |

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 199163 | 12/05/2022 |

**REMIT TO:**

**ORLANDO NEUROSURGERY**
**1605 W FAIRBANKS AVE**
**WINTER PARK FL 32789-4603**



**STATEMENT**    Please detach and return top portion with payment

Page 1 of 1

| DATE | DESCRIPTION | CHARGES | PAYMENTS & ADJUSTMENTS | PATIENT RESPONSIBILITY |
|---|---|---|---|---|
| | Patient: Emelyn Bonilla | | | |
| 04/25/2022 | Claim:47355, Provider: Melvin Field, MD | | | |
| 04/25/2022 | Craniectomy for excision of meningioma, supratentorial | $9,855.00 | | |
| 04/25/2022 | Microsurgical techniques, requiring use of operating microscope (List separately in addition to code for primary procedure) | $847.00 | | |
| 04/25/2022 | Stereotactic computer-assisted (navigational) Intradual procedure | $916.00 | | |
| 08/30/2022 | Patient Payment | | $0.00 | |
| 08/30/2022 | Your Balance Due On These Services... | | | $11,618.00 |
| 04/25/2022 | Claim:47356, Provider: BRADLEY SELTMANN, PA-C | | | |
| 04/25/2022 | Craniectomy for excision of meningioma, supratentorial | $2,464.00 | | |
| 05/09/2022 | Patient Payment | | $75.00 | |
| 07/12/2022 | United Healthcare Payment | | $311.50 | |
| 07/12/2022 | United Healthcare Adjustment | | $1,841.00 | |
| 08/30/2022 | Patient Payment | | $150.00 | |
| 12/05/2022 | Patient Deductible 311.50 | | | |
| 12/05/2022 | Your Balance Due On These Services... | | | $86.50 |

**MESSAGE:**

ORLANDO
**NEUROSURGERY**

1605  W. Fairbanks Ave.
Winter Park, FL 32789

Save time. Pay online!
**Pay your bill online at**
www.orlandoneurosurgery.com

**BILLING QUESTIONS**
**(407) 539-3985**

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 199163 | 12/05/2022 |
| **PAYMENT DUE DATE** | 12/26/2022 |
| **PATIENT RESPONSIBILITY** | $11,704.50 |

Please see reverse side of statement for important billing questions.

**PLEASE UPDATE ANY INFORMATION THAT HAS CHANGED SINCE YOUR LAST STATEMENT**

IF PAYING BY CREDIT CARD, FILL OUT BELOW

VISA ☐     ☐     DISCOVER ☐     ☐

CARD NUMBER                                AUTHORIZATION CODE

SIGNATURE                                   EXP. DATE

☐ PAYING BY CHECK     SHOW AMOUNT PAID HERE  $

### ADDRESS CORRECTION
COMPLETE THIS SECTION IF YOUR ADDRESS ON REVERSE SIDE IS INCORRECT

NAME

ADDRESS

CITY

STATE  ZIP

---

PRIMARY INSURANCE COMPANY NAME

INSURANCE COMPANY'S ADDRESS

CITY                          STATE      ZIP

POLICY HOLDER NAME    HOLDER'S DOB    RELATIONSHIP TO INSURED

INSURED'S ID NUMBER          GROUP PLAN NUMBER

SECONDARY INSURANCE COMPANY NAME

INSURANCE COMPANY'S ADDRESS

CITY                          STATE      ZIP

INSURED'S ID NUMBER          GROUP PLAN NUMBER

---

## FINANCIAL POLICY

We are committed to providing you with the best possible care and we are pleased to discuss our professional fees with you at any time. Your clear understanding of our financial policy is important to our professional relationship. Please ask if you have any questions about our fees or your responsibility as a patient.

### How much do I really owe?

You are responsible for the amount listed in the box PATIENT RESPONSIBILITY. As every insurance plan is different, if you disagree with how your insurance paid on your account, please contact them prior to contacting our office.

### What if I cannot pay in full?

Please call our patient account representatives at (407) 539-3985.

### Co-Pay:

A dollar amount contracted between you and your insurance carrier, due at time of service.

### Co-Insurance:

A percentage of the insurance benefits that you are responsible for.

### Deductible:

A yearly dollar amount that you are responsible for based on the type of coverage you have selected with your insurance company.

### Adjustment:

A contractual agreement that has been made between our Doctors and your insurance company.

### For your convenience, we offer the following payment options:

- ✓ **Cash**
- ✓ **Personal Checks**
- ✓ **Credit Cards**

Payment is due in full by the <u>**PAYMENT DUE DATE**</u> indicated on the front of this statement.

### Pay your bill online at www.orlandoneurosurgery.com



POS Reorder # 1811935



# Advent Health

PO Box 538800
Orlando, FL 32853-8800

For questions or to inquire about financial assistance
programs, please call us at (407) 303-0500 Business
Hours (EST) : Monday – Friday 8:00 am – 6:00 pm

| SUBSCRIBER INSURANCE SUMMARY | |
|---|---|
| Subscriber Name | BONILLA , EMELYN ROSADO |
| Insurance Name | UNITED |
| HMO/PPO/POS/SELECT/CHOICE | |
| Insurance Number | 12549685500 |
| Group Number | 1427542 |
| Date of Service | 04/25/2022 |
| Outstanding Balance | $103171.70 |
| Encounter Number | 95099316 |



ı‖ı‖ı‖ııı‖ı‖ı‖ı‖ıı‖‖ıı‖‖‖‖ı‖ı‖ııı‖ı‖ı‖ı‖ıııı‖‖ı‖ı‖

EMELYN ROSADO BONILLA
780 Berkley St SE
Palm Bay FL 32909-4151

12/08/2022

## POLICY NOT EFFECTIVE FOR DATE OF SERVICE

Per your insurance carrier, this claim is ineligible for payment as coverage was not in effect for
this date of service.  Please review the insurance information provided above and contact the
business office today if corrections are needed in order for your claim to be reconsidered for
payment.

At this time payment in full is expected.

 **US Anesthesia** PARTNERS

 **Amount Due**
**$2,122.69**

## Summary of Account Activity

| | |
|---|---|
| **Location:** | **ADVENTHEALTH - ORLANDO** |
| Statement Date: | 12/23/2022 |
| Patient Name: | EMELYN ROSADO BONILLA |
| Account Number: | 57940323 |
| Service Date: | 04/25/2022 |
| **Due Date:** | **Upon Receipt** |

| | |
|---|---|
| **Amount Due:** | **$2,122.69** |

 **Account Status: Past Due**

The balance has not been paid in full. Financial Assistance may be available if you have trouble paying your bill. For assistance, please call us at **888-346-4731**.

⚠ **ACCOUNT FINAL NOTICE**

This is your **FINAL NOTICE**. Your account is at risk of being placed in collections. Please pay your balance in full immediately. Pay online today at **onlinepay.usap.com**.

## Additional Information

**Paperless Billing**
A convenient way to view and manage your bill online. Sign up at: onlinepay.usap.com.

**24/7 Payment Line**
Easy, automated phone payments at your convenience. Call 888-346-4731.

**Quick Pay**
Make quick and easy payments using the camera on your phone.



 **US Anesthesia** PARTNERS   PO BOX 2978
MUNCIE, IN 47307-0978

**Electronic Service Requested**

Have questions about your bill?
Call us: 888-346-4731
8 AM - 5 PM Mon-Fri

ADDRESSEE:
4-2-666
*************AUTO**ALL FOR AADC 328
EMELYN ROSADO BONILLA
780 BERKLEY ST SE
PALM BAY FL 32909-4151

00665

| | |
|---|---|
| Account Number: | 57940323 |
| Due Date: | Upon Receipt |
| Amount Due: | $2,122.69 |
| Amount Paid: | $ _____ |

 **Quick Pay: onlinepay.usap.com**

MAKE CHECKS PAYABLE AND REMIT TO:

FL - JLR Medical Group Anesthesia
P.O. Box 744573
Atlanta, GA 30374-4573



**US ANESTHESIA PARTNERS**
PO BOX 2978
MUNCIE, IN 47307-0978

Si usted quiere hablar con un operador en Español, por favor comuníquese al número 888-346-4731 y prensa 4.

| Date | Service Description | Billed Amount | Payments/ Adjustments | Patient Balance |
|------|-------------------|---------------|----------------------|-----------------|
| | *Provider: WADE CRNA, ROBERT ALAN Loc: ADVENTHEALTH - ORLANDO* | | | |
| 04/25/2022 | ANESTH, CRANIAL SURG NOS | $1,603.92 | | |
| 07/12/2022 | UNITED HEALTHCARE PAYMENT | | -$801.96 | |
| 11/09/2022 | PATIENT PAYMENT | | -$25.00 | |
| | **Balance Due for Invoice #17452236** | | | $776.96 |
| | *Provider: TONGSON MD, SEBASTIAN ECLEVIA Loc: ADVENTHEALTH - ORLANDO* | | | |
| 04/25/2022 | INSERTION CATHETER, ARTERY | $176.95 | | |
| 11/09/2022 | PATIENT PAYMENT | | -$25.00 | |
| | **Balance Due for Invoice #17452237** | | | $151.95 |
| | *Provider: TONGSON MD, SEBASTIAN ECLEVIA Loc: ADVENTHEALTH - ORLANDO* | | | |
| 04/25/2022 | ANESTH, CRANIAL SURG NOS | $1,603.92 | | |
| 07/12/2022 | UNITED HEALTHCARE PAYMENT | | -$385.14 | |
| 11/09/2022 | PATIENT PAYMENT | | -$25.00 | |
| | **Balance Due for Invoice #17452235** | | | $1,193.78 |
| | Your services were performed by a Care Team and you were not double billed.  For more information on Care Team billing, go to: www.usap.com/billing. | | | |

## Understanding Your Balance


You had a medical procedure and one of the clinicians was our anesthesia provider.




The facility and our anesthesia specialist bills your insurance separately.




Depending on your coverage, your insurance decides how much they cover of the service.



You are responsible for paying the balance.

### If Paying by Card, Fill Out Below

CHECK CARD USING FOR PAYMENT  ☐ VISA  ☐ MASTERCARD  ☐ DISCOVER  ☐ AMERICAN EXPRESS

CARD NUMBER                                                    EXP. DATE  M M Y Y

SIGNATURE                                                      AMOUNT PAID

PRINT NAME


We accept CareCredit payments. To use your CareCredit card, please visit carecredit.com/pay. If you are interested in CareCredit Financing options, please visit carecredit.com

AdventHealth Medical Group | Page 1/4



**Advent Health**
Medical Group

PO BOX 947552 Atlanta, GA 30394-7552

6983000232   PRESORT PBPS001 <B>


EMELYN BONILLA
423 COUNT ST
MELBOURNE FL 32901-8601

**Amount Due Upon Receipt**

# $367.10

## Payment Methods


Pay online today
**billpay.adventhealth.com**
*Your Access Code:* 54075786


Pay by phone 24 hours a day
**(407) 863 - 0785**

## Account Summary
*Access Code: 54075786*

| | |
|---|---|
| Statement Date | 12/21/2022 |
| Total Patient Balance | $367.10 |
| Payment Plan Amount Due | $0.00 |
| Amount Due Not on Payment Plan | $367.10 |
| **Total Amount Due** | **$367.10** |
| *Payment Due Date Upon Receipt* | |

## Important Messages

Your remaining balance is now due for services provided by our healthcare organization. Please send the amount due to the address listed on the payment coupon.

 accepted online or by phone

## Contact Us

**(866) 481-7571**
**Hours of operation:**
Monday - Friday 8am -4pm EST



**Payment Options**

| Payment Plan | | Pay In Full |
|---|---|---|
| **$61.18** | OR | **$367.10** |
| x 6 months | | Due Upon Receipt |

View All Options: **billpay.adventhealth.com**

---

 Please detach and return bottom portion with your payment.

Patients LOVE Paying Online!

★★★★½
**4.6 out of 5 stars**


billpay.adventhealth.com

Easy & Secure From Any Device



## Still prefer mailing a check?

Please make check payable to **AdventHealth Medical Group** and be sure to include your **Patient Account #** on your check.

| Amount Due | Patient Account # | Guarantor Name |
|---|---|---|
| $367.10 | 3353862 | Emelyn Bonilla |

ADVENTHEALTH MEDICAL GROUP
PO BOX 947552
ATLANTA, GA 30394

0000000000  00003353862  0000000RSFL  00000367109







| | |
|---|---|
| **Access Code** | 54075786 |
| **Statement Date** | 12/21/2022 |

## Accounts Not On Payment Plan

| Service Detail | Description | Charges | Insurance Payments & Adjustments | Patient Payments & Adjustments | Patient Balance |
|---|---|---|---|---|---|
| Visit: ORL-0095099316 | **Patient Name: Emelyn Bonilla** | **Location: AH ORLANDO** | | | |
| 4/25/22 | MRI BRAIN STEM W/O & W/DYE | $706.32 | | | |
| | Negotiated Discounts | | -$265.80 | | |
| | Patient Payments | | | -$73.42 | |
| | Visit Totals | $706.32 | -$265.80 | -$73.42 | $367.10 |
| | **Accounts (Non-Pay Plan) Totals** | **$706.32** | **-$265.80** | **-$73.42** | **$367.10** |

THIS PAGE INTENTIONALLY LEFT BLANK



**AdventHealth**

PO Box 538800
Orlando, FL 32853-8800

For questions or to inquire about financial assistance programs, please call us at (407) 303-0500 Business Hours (EST) : Monday – Friday 8:00 am – 6:00 pm



SUBSCRIBER INSURANCE SUMMARY

| | |
|---|---|
| Subscriber Name | BONILLA , EMELYN ROSADO |
| Insurance Name | UNITED |
| HMO/PPO/POS/SELECT/CHOICE | |
| Insurance Number | 12549685500 |
| Group Number | 1427542 |
| Date of Service | 04/25/2022 |
| Outstanding Balance | $103171.70 |
| Encounter Number | 95099316 |



000002 - 1439

||·|||·||||·||·|||||·||··||·||||||·|||·||··||··|||··||||||··||

EMELYN ROSADO BONILLA
780 Berkley St SE
Palm Bay FL 32909-4151

01/04/2023

POLICY NOT EFFECTIVE FOR DATE OF SERVICE

Per your insurance carrier, this claim is ineligible for payment as coverage was not in effect for this date of service. Please review the insurance information provided above and contact the business office today if corrections are needed in order for your claim to be reconsidered for payment.

At this time payment in full is expected.

TID101 - 37544723-002823-01/01-0-0-0

1811935 11224383.9 1-1190 1-1

**MAKE CHECKS PAYABLE TO:**

ORLANDO
NEUROSURGERY

265 E. Rollins St., Ste 12000, Orlando, FL 32804
**Billing Questions:** (407) 539-3985
**Billing Contact:** billing@orlandoneurosurgery.com

**ADDRESSEE:**

Save time. Pay online!
**Pay your bill online at www.orlandoneurosurgery.com**
Enter your online bill pay code: **8VCQ64**

See reverse side to make a payment by credit card or check.

| PAYMENT DUE DATE | PATIENT RESPONSIBILITY |
|---|---|
| 02/03/2023 | $10,354.50 |

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 199163 | 01/13/2023 |

**REMIT TO:**

ADDRESS SERVICE REQUESTED 3      1

3-1190
11224383.9
1811935

EMELYN BONILLA
780 BERKLEY ST SE
PALM BAY, FL 32909-4151

**ORLANDO NEUROSURGERY**
**265 E ROLLINS ST STE 12000**
**ORLANDO FL  32804-5519**



☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

Please detach and return top portion with payment

Page 1 of 1

| DATE | DESCRIPTION | CHARGES | PAYMENTS & ADJUSTMENTS | PATIENT RESPONSIBILITY |
|---|---|---|---|---|
| | Patient: Emelyn Bonilla | | | |
| 04/25/2022 | Claim:47355, Provider: Melvin Field, MD | | | |
| 04/25/2022 | Craniectomy for excision of meningioma, supratentorial | $9,855.00 | | |
| 04/25/2022 | Microsurgical techniques, requiring use of operating microscope (List separately in addition to code for primary procedure) | $847.00 | | |
| 04/25/2022 | Stereotactic computer-assisted (navigational) Intradual procedure | $916.00 | | |
| 08/30/2022 | Patient Payment | | $0.00 | |
| 12/21/2022 | Patient Payment | | $1,500.00 | |
| 12/21/2022 | Your Balance Due On These Services... | | | $10,118.00 |
| 04/25/2022 | Claim:47356, Provider: BRADLEY SELTMANN, PA-C | | | |
| 04/25/2022 | Craniectomy for excision of meningioma, supratentorial | $2,464.00 | | |
| 05/09/2022 | Patient Payment | | $75.00 | |
| 07/12/2022 | United Healthcare Payment | | $311.50 | |
| 07/12/2022 | United Healthcare Adjustment | | $1,841.00 | |
| 08/30/2022 | Patient Payment | | $0.00 | |
| 12/21/2022 | Patient Payment | | $0.00 | |
| 01/13/2023 | Patient Deductible 311.50 | | | |
| 01/13/2023 | Your Balance Due On These Services... | | | $236.50 |

**MESSAGE:**



ORLANDO
NEUROSURGERY

265 E. Rollins St.
Ste 12000
Orlando, FL 32804

Save time. Pay online!
**Pay your bill online at**
www.orlandoneurosurgery.com

**BILLING QUESTIONS**

**(407) 539-3985**

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 199163 | 01/13/2023 |

| PAYMENT DUE DATE | 02/03/2023 |
|---|---|
| PATIENT RESPONSIBILITY | $10,354.50 |

Please see reverse side of statement for important billing questions.

PLEASE UPDATE ANY INFORMATION THAT HAS CHANGED SINCE YOUR LAST STATEMENT

IF PAYING BY CREDIT CARD, FILL OUT BELOW

VISA ☐   ☐   DISCOVER ☐   ☐

CARD NUMBER

AUTHORIZATION CODE:

SIGNATURE

EXP DATE

☐ PAYING BY CHECK   SHOW AMOUNT PAID HERE   $

PRIMARY INSURANCE COMPANY NAME

INSURANCE COMPANY'S ADDRESS

CITY   STATE   ZIP

POLICY HOLDER NAME   HOLDER'S DOB   RELATIONSHIP TO INSURED

INSURED'S ID NUMBER   GROUP PLAN NUMBER

SECONDARY INSURANCE COMPANY NAME

INSURANCE COMPANY'S ADDRESS

CITY   STATE   ZIP

INSURED'S ID NUMBER   GROUP PLAN NUMBER

## ADDRESS CORRECTION
COMPLETE THIS SECTION IF YOUR ADDRESS ON REVERSE SIDE IS INCORRECT

NAME

ADDRESS

CITY

STATE, ZIP

## FINANCIAL POLICY

We are committed to providing you with the best possible care and we are pleased to discuss our professional fees with you at any time. Your clear understanding of our financial policy is important to our professional relationship. Please ask if you have any questions about our fees or your responsibility as a patient.

### How much do I really owe?

You are responsible for the amount listed in the box PATIENT RESPONSIBILITY. As every insurance plan is different, if you disagree with how your insurance paid on your account, please contact them prior to contacting our office.

### What if I cannot pay in full?

Please call our patient account representatives at (407) 539-3985.

### Co-Pay:

A dollar amount contracted between you and your insurance carrier, due at time of service.

### Co-Insurance:

A percentage of the insurance benefits that you are responsible for.

### Deductible:

A yearly dollar amount that you are responsible for based on the type of coverage you have selected with your insurance company.

### Adjustment:

A contractual agreement that has been made between our Doctors and your insurance company.

### For your convenience, we offer the following payment options:

✓ Cash
✓ Personal Checks
✓ Credit Cards

Payment is due in full by the **PAYMENT DUE DATE** indicated on the front of this statement.

**Pay your bill online at www.orlandoneurosurgery.com**

POS Reorder # 1811935

00006
Page 1/1

Remote Neuromonitoring Physicians PC
3 Maryland Farms, Suite 200
Brentwood, TN 37027







BONILLA, EMELYN ROSADO
423 COUNT ST
MELBOURNE, FL 32901-8601

09/01/22

Patient Name:  Bonilla, Emelyn Rosado
Encounter:   515224
Date of Service: 04/25/22

Dear,  Bonilla, Emelyn Rosado

Your health insurance company has denied your claim, stating that they require an updated Coordination of Benefits from you.  This is simply a request for updated information regarding any possible additional health coverage. Please contact them directly to provide the requested information.

This information is necessary in order for your claim to be processed by your health insurance company, and to prevent any excess financial responsibility on your part.

Thank you in advance for your cooperation regarding this matter. Please feel free to contact us with any questions at 1-866-475-0002.

Sincerely,
The Billing Department
    Remote Neuromonitoring Physicians PC

TID101 - 34865491-000007-01/01-0-0-0



**Advent**Health

PO Box 538800
Orlando, FL 32853-8800

For questions or to inquire about financial assistance
programs, please call us at (407) 303-0500 Business
Hours (EST) : Monday – Friday 8:00 am – 6:00 pm

**SUBSCRIBER INSURANCE SUMMARY**

| | |
|---|---|
| Subscriber Name | BONILLA , EMELYN ROSADO |
| Insurance Name | UNITED |
| HMO/PPO/POS/SELECT/CHOICE | |
| Insurance Number | 12549685500 |
| Group Number | 1427542 |
| Date of Service | 04/25/2022 |
| Outstanding Balance | $103171.70 |
| Encounter Number | 95099316 |

ɪ｜ᵘɪ｜ᵘ｜ɪᵘ｜｜｜｜ᵘ｜｜｜｜｜ᵘ｜｜ᵘ｜｜ᵘ｜｜ᵘ｜ᵘ｜｜｜｜｜ᵘᵘ｜ᵘ｜ᵘ｜｜ᵘᵘ｜ᵘ｜ᵘ｜ᵘ
EMELYN ROSADO BONILLA
780 Berkley St SE
Palm Bay FL 32909-4151

01/18/2023

POLICY NOT EFFECTIVE FOR DATE OF SERVICE

Per your insurance carrier, this claim is ineligible for payment as coverage was not in effect for
this date of service.  Please review the insurance information provided above and contact the
business office today if corrections are needed in order for your claim to be reconsidered for
payment.

At this time payment in full is expected.