UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:23-cv-0581

EMELYN BONILLA,

    Plaintiff,

v.

EMERGE HEALTHCARE GROUP, LLC, a Florida
Limited Liability Company, FCID MEDICAL, INC.
a Florida Profit Company, FIRST CHOICE MEDICAL
GROUP OF BREVARD, LLC, a Delaware Limited
Liability Company, FIRST CHOICE HEALTHCARE
SOLUTIONS, INC. a Delaware Corporation, and
LANCE FRIEDMAN, individually,

    Defendants.

_____/

### DEFENDANT'S RESPONSE TO FIRST SET OF INTERROGATORIES

Defendant, **FIRST CHOICE MEDICAL GROUP OF BREVARD, LLC**, by and through the undersigned attorney, hereby answers Plaintiff, EMELYN BONILLA's, First Set of Interrogatories, numbered 1 through 10, as follows:

### INTERROGATORIES, ANSWERS AND OBJECTIONS

1. Identify all persons with knowledge of facts material to any of the claims or defenses in this action and, as to each person, state the nature of the person's knowledge.

    **RESPONSE:**

    a. Lance Friedman, Chief Executive Officer – knowledge of financial status for the entirety of the time subject to the complaint;

    b. Phillip Keller, Chief Financial Officer - knowledge of company's financial status from July 2022 to present;

    c. Julie Hardesty, Controller – knowledge of company's financial status for the entirety

1

of the time subject to the complaint;

d. Rubilinda Rosado, Payroll clerk (no longer employed) – knowledge of payroll and payroll procedures for the entirety of the time subject to the complaint;

e. Gillian Lee, Human Resources (no longer employed) – knowledge of personnel and employee benefits for the entirety of the time subject to the complaint.

2. Please explain when and why the Florida Blue group plan in effect during the relevant time period was cancelled or terminated and what steps were taken to ensure that there was not a lapse in coverage.

**RESPONSE:** The Florida Blue group plan was fully funded through November 30, 2021, when Respondent began to lapse on payment, due to financial obligations imposed by Federal Bankruptcy court. Respondent attempted to negotiate a payment plan with Florida Blue over the next four months. However, Florida Blue ultimately cancelled the group plan in April, retroactively terminating the policy as of November 30, 2021. Respondent then attempted to obtain a group plan from United Healthcare.

3. Explain in detail the reason insurance premiums continued to be deducted from Plaintiff's paychecks during times when Plaintiff was not covered 2021 and 2022.

**RESPONSE:** No insurance premiums were withheld from Plaintiff's paycheck at any time.

4. Please explain what was done with all those premiums deducted from Plaintiff's paycheck during time when the insurance.

**RESPONSE:** No insurance premiums were deducted from Plaintiff's paycheck at any time.

5.  Please explain when and why the United Healthcare group plan in effect during the relevant time period was cancelled or terminated and what steps were taken to ensure that there was not a lapse in coverage.

> **RESPONSE:** Respondent obtained a group plan with United Healthcare in April 2022 in conjunction with using a new payroll company (TriNet HR Solutions). However, the relationship between TriNet and Respondent failed, resulting in the premium never being paid and the policy lapsing as if it had never existed. Again, Respondent attempted to work out payment plans with United Healthcare. However, the company was never able to recover after the court-imposed bankruptcy payments, and United Healthcare terminated the policy.

6.  Please explain when Plaintiff received notice pursuant to COBRA, who provided said notice, the details of the notice and provide detail as to the contents of any communications between you and Plaintiff regarding COBRA notice.

> **RESPONSE:** No COBRA notice was sent.   COBRA benefits were cancelled when the policy was cancelled by the carrier.

7.  Identify your corporate officers and explain their duties, responsibilities, and functions within the company.

> **RESPONSE:**
> a.  Lance Friedman, Chief Executive Officer;
> b.  Phillip Keller, Chief Financial Officer - from July 2022 to present;
> c.  Eric Weiss, Chief Operating Officer;
> d.  Evan Kostorizos, Chief Technology Officer;
> e.  Terence Herzog, Chairman (deceased).

8. Please Identify by full name and address all individuals who were responsible for informing Plaintiff as to the lapse of insurance.

**RESPONSE:** Gillian Lee (no longer employed); 95 Bulldog Blvd., Suite 201, Melbourne, FL 32901.

9. Please identify by full name and address all individuals who were responsible to pay for the insurance policy of Plaintiff during the relevant time periods.

**RESPONSE:** The employee at the company designated to pay the insurance policies was Julie Hardesty, 95 Bulldog Blvd., Suite 201, Melbourne, FL 32901, upon approval by CFO.

**VERIFICATION PAGE**

_____P. Kee_____
Signature

_____CFO_____
Title

STATE OF FLORIDA
COUNTY OF Brevard

BEFORE ME, the undersigned authority, personally appeared Phillip J Keller, who is personally known to me or who has produced _____ as identification, who deposes and says that he/she has read the Answers to Interrogatories and knows the contents thereof, and that the Answers given are true and correct, and who (did/did not) take an oath.

SWORN TO AND SUBSCRIBED before me in my presence, this 25th day of September, 2023.

JULIE L. HARDESTY
Notary Public - State of Florida
Commission # HH 120488
My Comm. Expires May 12, 2025
Bonded through National Notary Assn.

Notary Signature

Printed Name: Julie L Hardesty
Notary Public-State of Florida
My Commission Expires: 05/12/25

5

FCMG-B